In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-054 CV


____________________



TEXAS COMMUNITY BANK, N.A., SCOTT A. CARLISLE


and DOCK HI, L.L.C., Appellants



V.



WITTE INVESTMENT GROUP, LTD., Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 03-03-02052-CV






MEMORANDUM OPINION


 On February 15, 2007, this Court issued its opinion and judgment affirming the trial
court's judgment. The appellants, Texas Community Bank, N.A., Scott A. Carlisle, and
Dock Hi, L.L.C., and the appellee, Witte Investment Group, Ltd., jointly filed a motion to
dismiss the appeal. The parties agree to tax costs and attorneys fees against the appellants. 
The parties jointly request that our prior opinion be withdrawn. The motion is voluntarily
made by the parties before our plenary power over the judgment expired, and should be
granted. See Tex. R. App. P. 19.1, 42.1(a)(2). Accordingly, we withdraw our opinion and
judgment of February 15, 2007, substitute this opinion, and issue a new judgment. The
motion to dismiss is granted and the appeal is dismissed. Costs and attorney's fees are taxed
against the appellants.

 APPEAL DISMISSED.

 

 _________________________________

 CHARLES KREGER

 Justice


Opinion Delivered March 29, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.